■ In the Matter of MICHAEL ANNUNZIATA et al., Respondents, v CITY OF NEW YORK et al., Appellants. [633 NYS2d 1013] —In a proceeding for leave to serve a late notice of claim pursuant to General Municipal Law § 50-e (5), the appeal is from an order of the Supreme Court, Richmond County (Sangiorgio, J.), dated March 3, 1994, which granted the application.

Ordered that the order is affirmed, with costs.

Under the circumstances, the Supreme Court did not improvidently exercise its discretion in granting the petitioners' application for leave to serve a late notice of claim (see, Ortega v New York City Hous. Auth., 167 AD2d 337). Sullivan, J. P., Miller, Copertino and Goldstein, JJ., concur.

■ In the Matter of JOHN C. BAKER et al., Respondents, v ELMER W. EDWARDS III et al., Appellants. [634 NYS2d 383] —Appeal by Elmer W. Edwards III, the Incorporated Village of Dering Harbor, and the Architectural Review Board of the Incorporated Village of Dering Harbor from a judgment of the Supreme Court, Suffolk County (Prudenti, J.), entered July 18, 1994.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Prudenti at the Supreme Court. O'Brien, J. P., Pizzuto, Santucci and Krausman, JJ., concur.